UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_LANCE W. MARTIN_
(Plaintiff)

v.

_RED LION BOROUGH ET AL,_
(Defendant)

Affidavit/Declaration
In Support of Request
To Proceed
In Forma Pauperis

1:01-CV-1107

FILED
HARRISBURG
JUN 21 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

I, _LANCE W. MARTIN_ certify that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further state that the responses which I have made to the questions and instructions below are true and correct.

1. Are you presently employed?        Yes_____ No__✓__

    a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

    _____

    B. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

    _1-1999_____

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or form of self-employment?
                                        Yes_____ No__✓__
    b. Rent payments, interest or dividends?
                                        Yes_____ No__✓__
    c. Pensions, annuities or life insurance payments?
                                        Yes_____ No__✓__
    d. Gifts or inheritances?
                                        Yes_____ No__✓__
    e. Any other sources?
                                        Yes_____ No__✓__

    If the answer to any of the preceding questions is yes, describe each source of money and state the amount received from each during

2

the past twelve months.
_____N/A_____

3. Do you own any cash, or do you have any money in a checking or savings account?                              Yes_____ No__✓__
If the answer is "yes" to any of the above, describe each source and the amount involved.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?                                                   Yes__✓__ No_____

If the answer is yes, describe the property and state its approximate value. *94 PICK-UP TRUCK, FORD, TIED UP IN BANKRUPTCY, NOTHING ELSE*

5. List the persons who are dependent upon you for support; state your relationship to those persons and indicate how much you contribute toward their support. *NONE*

I understand that a false statement or answer to any questions in this affidavit/unsworn declaration will subject me to penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6-21-01___

_____
Signature of Plaintiff