IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE W. MARTIN,<br>        Plaintiff,<br><br>v.<br><br>RED LION BOROUGH,<br>KENNETH M. BOWMAN,<br>RED LION MUNICIPAL AUTHORITY,<br>and OFFICER DAVID WINGERT,<br>        Defendants. | CIVIL ACTION NO. 1:CV-01-1107<br><br>Judge Kane<br><br>FILED<br>HARRISBURG, PA<br><br>NOV - 2 2001<br><br>MARY E. D'ANDREA, CLERK<br>Per _____<br>      Deputy Clerk |

## MEMORANDUM AND ORDER

Currently pending before this Court is Plaintiff's request to proceed with the above captioned action in forma pauperis. Plaintiff has filed a declaration in support of his request.

Upon consideration, **IT IS ORDERED THAT**:

1. Plaintiff is **GRANTED** leave to proceed in forma pauperis.

2. The Clerk of Court is directed to serve Plaintiff's complaints upon Defendants pursuant to Federal Rule of Civil Procedure 4.

3. Defendants shall respond to the complaints within twenty (20) days after the date of service.

                                                                                            _____
                                                                                            Yvette Kane
                                                                                            United States District Judge

Dated: November ___, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSY[LVANIA]

* * MAILING CERTIFICATE OF [CLERK]

November 2, 200[1]

Re:  1:01-cv-01107    Martin v. Red Lion Boro[ugh]

True and correct copies of the attached wer[e mailed]
to the following:

    Lance W. Martin
    257 West Broadway
    Red Lion, PA  17356

cc:
Judge                          (✓)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 (✓) with N/C attac[hed]
                             U.S. Marshal ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition [attached]
                             to:  US Atty G[en]
                                 DA of Cou[nty]

Bankruptcy Court               ( )
Other _____  ( )

Certified Mail Receipts:

Recipient: Officer David Wingert, 11 East Broadway, Red Lion, PA 17356

Recipient: Red Lion Municipal Authority, PO Box 190, Red Lion, PA 17356

Recipient: Kenneth Bowman, Center Square - PO Box 190, Red Lion, PA 17356

Recipient: Red Lion Borough, Center Square - PO Box 190, Red Lion, PA 17356

MARY E. D'ANDREA, Clerk

DATE: 11-2-01

BY: _____
      Deputy Clerk