# ORIGINAL

## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE W. MARTIN,<br>　　　　Plaintiff | NO. 1: CV - 01 - 1107 |
| vs. | JUDGE YVETTE KANE |
| RED LION BOROUGH, KENNETH M. BOWMAN, BOROUGH MANAGER, RED LION MUNICIPAL AUTHORITY, and OFFICER DAVID WINGERT,<br>　　　　Defendants | JURY TRIAL DEMANDED |

### CERTIFICATE OF NON-CONCURRENCE

I, Cheryl L. Kovaly, counsel for Defendants Red Lion Borough, Kenneth M. Bowman, Red Lion Municipal Authority and Officer David Wingert, hereby certify that I have contacted the Plaintiff, Lance W. Martin, regarding his concurrence or nonconcurrence with this motion, and have determined that Mr. Martin does not concur in the Defendants' Motion to Dismiss his Complaint.

Respectfully submitted,

Lavery, Faherty, Young & Patterson, P.C.

By: _____
Cheryl L. Kovaly, Esquire
Atty No. 73693
301 Market St., Suite 800
P.O. Box 1245
Harrisburg, PA 17108-1245
Attys for Defendants

DATE: 11/13/01