## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer David Wingert
   Red Lion Police Dept
   11 East Broadway
   Red Lion, PA 17356

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): [illegible]
B. Date of Delivery: 11-5-01
C. Signature: X Arlene Moore
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7000 0520 0023 0166 1490

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

---

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Red Lion Municipal Authority
   PO Box 190
   Red Lion, PA 17356

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): CB
B. Date of Delivery: 11/5/01
C. Signature: X Connie J Boyer
   ☐ Agent
   ☒ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7000 0520 0023 0166 1483

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

---

(7 pm 11/20/01)

1:01-CV-1107

**FILED**
HARRISBURG, PA

NOV 19 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

order
11/2/01

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  CK    B. Date of Delivery 11/5/01<br>C. Signature  X Connie J Boyd    ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Kenneth M. Bowman<br>Red Lion Borough Mgr.<br>Center Square<br>PO Box 190<br>Red Lion, PA 17356 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7000 0520 0023 0166 1476 |

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  CK    B. Date of Delivery 11/5/01<br>C. Signature  X Connie J Boyd    ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Red Lion Borough<br>Center Square<br>PO Box 190<br>Red Lion, PA 17356 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7000 0520 0023 0166 1469 |

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424