# ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LANCE W. MARTIN, : NO. 1:CV-01-1107
      Plaintiff
                                     :

        v. : JUDGE YVETTE KANE
                                     :

RED LION BOROUGH, ET AL., : JURY TRIAL DEMANDED
      Defendants
                                     :

FILED
HARRISBURG, PA

DEC 0 5 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## MOTION FOR ENLARGEMENT OF TIME

    Plaintiff, Lance W. Martin, pro se, moves this Honorable Court for an extension of time to file his responsive brief to Defendants' Motion to Dismiss, and your Plaintiff respectfully represents the following averments;

1.   On 11-13-01 Defendants moved the court for dismissal in the above captioned cause, pursuant to F.R.C.P. 12(b)(6).

2.   Plaintiff did not receive Defendant's supporting brief, sent by ordinary mail, until 11-22-01.

3.   Plaintiff has not had enough time to prepare, for the court's careful consideration, a responsive brief so as to respond properly to all allegations in Defendant's motion.

4.  Defendant is pro se, has no attorney nor office support staff to assist in preparation of pleadings, etc., and further, believes that no prejudice will result to Defendants from an extension of time for Plaintiff to prepare his responsive brief.

WHEREFORE, Plaintiff, Lance W. Martin, respectfully prays this Honorable Court grant a 10 day extension for Plaintiff to file his reponsive brief, pursuant to F.R.C.P. and Local Rule 7.5.

Respectfully submitted,

12-4-01
Date

Lance W. Martin, Plaintiff,
257 West Broadway,
Red Lion, Pennsylvania-17356.

**CERTIFICATE OF SERVICE**

I hereby certify that I am serving a true and correct copy of the foregoing document upon the person and in the manner that is so stated below:

Service by U.S. Mail, first class prepaid and addressed as follows;

Lavery, Faherty, Young & Patterson, P.C.,

301 Market Street, Suite 800,

Post Office Box 1245,

Harrisburg, Pennsylvania-17108-1245.

12-4-01
Date

_____
Lance W. Martin, Plaintiff

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LANCE W. MARTIN,<br>      Plaintiff | : | NO.  1:CV-01-1107 |
| | : | |
| v. | : | JUDGE YVETTE KANE |
| | : | |
| RED LION BOROUGH, ET AL.,<br>      Defendants | : | JURY TRIAL DEMANDED |

### CERTIFICATE OF CONCURRENCE

I, Lance W. Martin, Plaintiff in above captioned cause, hereby certify that I have contacted the Defendant's attorneys in regard to their concurrence/nonconcurrence of the foregoing motion and have determined that they concurr with said Motion for Enlargement of Time.

Respectfully submitted,

12-4-01

Date

Lance W. Martin, Plaintiff