⑩
12-10-
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LANCE W. MARTIN | : | CIVIL ACTION NO. |
|  | : | 1:CV-01-1107 |
| Plaintiff | : |  |
|  | : |  |
| v. | : | (Judge Kane) |
|  | : |  |
| RED LION BOROUGH, et al. | : |  |
|  | : |  |
| Defendant | : |  |

**FILED**
HARRISBURG, PA

DEC - 7 2001

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

<u>**ORDER**</u>

**AND NOW**, this _7th_ day of December, 2001, **IT IS ORDERED THAT** Plaintiff's Motion for Enlargement of Time is **GRANTED**. Plaintiff's responsive brief shall be filed by December 21, 2001.

_____
Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

December 7, 2001

Re:  1:01-cv-01107   Martin v. Red Lion Borough

True and correct copies of the attached were mailed by the clerk to the following:

Lance W. Martin
257 West Broadway
Red Lion, PA  17356

Frank J. Lavery Jr., Esq.
LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.
P.O. Box 1245
Harrisburg, PA  17108-1245     Fax No.: 717-233-7003

Cheryl L. Kovaly, Esq.
Lavery, Faherty, Young & Patterson, P.C.
301 Market Street, Suite 800
P.O. Box 1245
Harrisburg, PA  17108-1245

```
cc:
Judge                         (✓)          ( ) Pro Se Law Clerk
Magistrate Judge              ( )          ( ) INS
U.S. Marshal                  ( )          ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )   with N/C attached to complt. and served by:
                                    U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )   with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )    PA Atty Gen ( )
                                         DA of County   ( )    Respondents ( )
Bankruptcy Court              ( )
```

11-7-01