IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LANCE W. MARTIN,<br>      Plaintiff, | : <br> : | CIVIL ACTION NO. 1:CV-01-1107 <br> (Judge Kane) |
| v. | : <br> : | |
| RED LION BOROUGH, et al.,<br>      Defendants. | : <br> : | |

FILED
HARRISBURG

JAN 0 4 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### ORDER TO SHOW CAUSE

Defendants filed a motion to dismiss on November 13, 2001, and a supporting brief on November 19, 2001. The Court granted Plaintiff's December 5, 2001 motion to extend time to file a responsive brief, allowing Plaintiff until December 21, 2001. However, Plaintiff has failed to file such a brief. Accordingly, **IT IS HEREBY ORDERED THAT** no later than **January 18, 2002**, Plaintiff shall show cause why no response was filed and, therefore, why the Motion to Dismiss should not be granted as unopposed.

                                                                      _____
                                                                      Yvette Kane
                                                                      United States District Judge

Dated: January 4, 2002.

```
                   UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *

                           January 4, 2002
```

Re:  1:01-cv-01107    Martin v. Red Lion Borough

True and correct copies of the attached were mailed by the clerk
to the following:

```
    Lance W. Martin
    257 West Broadway
    Red Lion, PA  17356

    Frank J. Lavery Jr., Esq.
    LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.
    P.O. Box 1245
    Harrisburg, PA  17108-1245       Fax No.: 717-233-7003

    Cheryl L. Kovaly, Esq.
    Lavery, Faherty, Young & Patterson, P.C.
    301 Market Street, Suite 800
    P.O. Box 1245
    Harrisburg, PA  17108-1245
```

```
cc:
Judge                           (✓)          ( ) Pro Se Law Clerk
Magistrate Judge                ( )          ( ) INS
U.S. Marshal                    ( )          ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )
Bankruptcy Court                ( )
```

1-4-02