June 10, 2002

Lance W. Martin,
1682 Crownsville Road,
Annapolis, Maryland 21401

FILED
HARRISBURG, PA
JUN 2 4 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Clerk Office,
U. S. District Court,
228 Wanut Street,
P. O. Box 983,
Harrisburg, Pa. 17108.

RE: Address Change-
1:01-cv-01107

Dear Clerk's Office,

I am the Plaintiff, pro se, in case No. so stated above, and I am writing to inform the court of my new address which is also stated above.

Please make any necessary changes to the record that may be required.

Very truly yours,

*[signature]*

Lance W. Martin, Plaintiff