OFFICE OF THE CLERK

MARCIA M. WALDRON
CLERK

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE
267-299-4922

July 26, 2002

**FILED**
**HARRISBURG, PA**
**JUL 2 6 2002**
MARY E. D'ANDREA, CLERK
Per _____

NOTICE OF DOCKETING OF APPEAL

Martin v. Red Lion

No.: 01-cv-01107

Honorable Yvette Kane

An appeal by **Lance W. Martin** was filed in the above-caption case on 7/24/02, and docketed in this Court on 7/26/02, at No. **02-3035**.

Kindly use the Appeals Docket No. **02-3035** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **Lynn Lopez** at Lynn_Lopez@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

Marcia M. Waldron
Clerk