CC: Judge Kane

| | OFFICE OF THE CLERK | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>215-597-2995 |

__Middle-Harrisburg__ Clerk of District Court       Date __September 24, 2002__
   (District)

__Martin v. Red Lion__                              C. of A. No. __02-3035__
   (Caption)

__Lance W. Martin__
   (Appellant)

__01-cv-01107__
   (D.C. No.)

Enclosures:

__September 24, 2002__ Certified copy of C. of A. Order by the Clerk
   (Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s) _____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____
           is recalled.

                                __Lynn Lopez__        (267)-299-__4922__
                                 Deputy Clerk          Telephone Number
Receipt Acknowledge:

_____
   (Name)

_____
   (Date)

                                                         Rev. 3/13/00
                                Appeals (Certified List in Lieu of Record)

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 02-3035

Martin

vs.

Red Lion, et al.

Lance W. Martin, Appellant

(Middle District of Pennsylvania Civil No. 01-cv-01107)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR Misc. 107.2,

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute;

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A TRUE COPY:

Kathleen Brouwer,
Chief Deputy Clerk

For the Court,

Chief Deputy Clerk

Date: September 24, 2002

cc:
    Mr. Lance W. Martin
    Frank J. Lavery Jr., Esq.

FILED
HARRISBURG, PA
SEP 2 4 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk